# Court of Appeals
# of the State of Georgia

ATLANTA,  February 14, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1232.  MARCUS LAMAR BROWN v. THE STATE.**

In 1994, Marcus Brown pled guilty as a first offender to robbery by intimidation and attempted rape, and the trial court imposed a sentence of two years of probation. When Brown subsequently violated the terms of his probation, the trial court revoked his probation and first offender status and sentenced him to five years in prison, to be served consecutively to a life sentence entered in another prosecution.

In 2019, Brown filed a motion to vacate a void sentence, in which he challenged the legality of the sentence entered when his probation was revoked.  The trial court dismissed Brown's motion for lack of jurisdiction, and he filed this direct appeal.  We lack jurisdiction.

Because the underlying subject matter of Brown's appeal is the revocation of his first offender probation, he was required to file an application for discretionary appeal to obtain review in this Court.  See OCGA § 5-6-35 (a) (5), (b); *Zamora v. State*, 226 Ga. App. 105, 105 (485 SE2d 214) (1997); *Dean v. State*, 177 Ga. App. 123, 124-125 (1) (338 SE2d 711) (1985).  His failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.  See *Zamora*, 226 Ga. App. at 105.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  02/14/2020*
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*



_____ *, Clerk.*